IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| GLENN HOLCK | : | NO. 04-370-03 |
| STEPHEN M. UMBRELL | | NO. 04-370-04 |

**TABLE OF CONTENTS**

I.   Denial of Motion for Judgment of Acquittal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    A.   Conspiracy/Honest Services Fraud . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    B.   Factual Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

    C.   Legal Discussion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

        1.   Banks Loans as a Component of Bribery . . . . . . . . . . . . . . . . . . . . . . . . 11

        2.   Temporal Attenuation between the Quid and the Quo  . . . . . . . . . . . . . . 16

        3.   Other Arguments by Holck and Umbrell Re: Conspiracy Law . . . . . . . . 22

        4.   "Conflict of Interest" Prong . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

    D.   Mail Fraud . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

II.  Denial of Motion for New Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

    A.   The Fact that Holck and Umbrell Were Convicted of Conspiracy Is an
        Additional Reason Why They Are Not Entitled to a New Trial Under *Dobson* . 26

    B.   Additional Jury Charge Issues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

    C.   Whether a New Trial Should Be granted or a Hearing Held as to Juror No.
        6's Alleged Failure to Disclose Part-Time Position as a Real Estate Agent . . . . 32

        1.   Alleged Juror No. 6's Misconduct and Bias in "Concealing" Her
            Part-Time Occupation as a Real Estate Agent during *Voir Dire* . . . . . . . 33

    a. *McDonough* Prong One: Intentional Withholding
     Of Material Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

    b. *McDonough* Prong Two: Valid Basis for Challenge for Cause . . 37

  2. Introduction of Extrinsic Evidence into Deliberations . . . . . . . . . . . . . . 39

  3. Hearing Is Not Necessary under the Facts . . . . . . . . . . . . . . . . . . . . . . . 46

 D. The Court Allowed Adequate Voir Dire, including the Opportunity
  of Individual Defense Counsel to Question the Potential Jurors . . . . . . . . . . . . 48

 E. The Court Did Not Err in its Ruling on the Admissibility of Evidence . . . . . . . 52

  1. Admissibility of the Flores and Church Loans . . . . . . . . . . . . . . . . . . . . 53

  2. Admissibility of the Schnapp Loan . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54

    a. Schnapp Loan as Intrinsic to the Charged Offense . . . . . . . . . . . 55

    b. Schnapp Loan Admissible under Rule 404(b) . . . . . . . . . . . . . . 57

  3. Admissibility of Co-Conspirator Statements . . . . . . . . . . . . . . . . . . . . . 61

 F. There Were No Violations of *Brady v. Maryland* or Other Prosecutorial
  Misconduct . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62

 G. *Ex Parte* Communications with Deputy Clerk Issue . . . . . . . . . . . . . . . . . . . . 62

III. Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67

O:\Criminal Cases\04-0370 White, US v\Table of Contents Holck & Umbrell Post Trial Memorandum.wpd